442 A.2d 361

Commonwealth v. Nauss, Jr., Appellant.
Petition for Allowance of Appeal Denied July 19, 1982.

Submitted June 13, 1980. James M. Pierce, for appellant;  Frank Hazel, District Attorney, for Commonwealth appellee.

Before PRICE, WICKERSHAM and LIPEZ, JJ.

Judgment of sentence affirmed.